# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 18, 2025

## NO. 03-24-00730-CR

### Ex parte Avery Cato

**APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the order denying habeas corpus relief entered by the trial court. Avery Cato has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Avery Cato to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.